UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, Appellee,

v.                                                               CASE: 8:19-cr-488-CEH-JSS

JUAN CARLOS ACOSTA HURTADO, Appellant.

### APPELLANT'S MOTION TO HAVE HIS APPOINTED TRIAL COUNSEL APPOINTED FOR PURPOSES OF APPEAL

**COMES NOW THE APPELLANT, Juan Carlos Acosta Hurtado,** by and through his undersigned counsel, pursuant to Fed.R.Cr.P.44, and makes this his Motion to have his appointed trial counsel appointed for purposes of appeal, and respectfully says:

1. On 8/9/21 a notice of appeal was filed [Doc.356] after many pretrial motions and a stipulated facts 5/7/21 bench trial, and sentencing on 8/6/21. The above-styled case encompasses 7 total Defendants. On 10/21/19 the Undersigned was appointed to represent the Appellant at first appearance when Appellant was a Defendant in this case [Doc.18 oral motion to appoint counsel at first appearance, Doc.33 oral order granting appointment of counsel to Acosta Hurtado]. The Undersigned has spent many hours researching, writing, and litigating in open court, many hours worth of pre trial motion practice, hearings, a magistrate report and recommendation on various diverse motions, and a denial of most of the motions, in addition to thoroughly reviewing multiple times the Discovery. On

1

5/7/21 the Appellant went to bench trial with Codefendant Quijada Marin. The other 5 defendants waived their right to trial, jury and bench, pleading guilty. The Appellant and Codefendant Quijada Marin proceeded to a stipulated facts bench trial on 5/7/21 to preserve for appeal the pretrial motions. On Friday 8/6/21 the Appellant and Codefendant Quijada Marin were sentenced. The Appellant's judgment was filed by the Trial Court today, 8/9/21 [Doc.354], being sentenced to 70 months bureau of prisons, followed by 5 years supervised release.

2. The Appellant specifically wishes for the Undersigned Appointed Counsel to handle his appeal, and wishes that the Court appoint the Undersigned to Appellant's appeal. At the end of, but still on the record at, the sentencing hearing Friday 8/6/21, the Undersigned informed the Sentencing Court that Appellant intended to file an appeal and that Appellant wished that the Court appoint the Undersigned on Appeal, to continue with Appellant through the appellate process. The Sentencing Court directed the Undersigned to file a motion for the Magistrate Court to appoint the Undersigned for the appeal.

3. The Appellant has been in continuous custody since his arrest in this case.

## MEMORANDUM

(a) RIGHT TO APPOINTED COUNSEL. A defendant who is unable to obtain counsel is entitled to have counsel appointed to represent the defendant at every stage of the proceeding from initial appearance through appeal, unless the defendant waives this right.

(b) APPOINTMENT PROCEDURE. Federal law and local court rules govern the procedure for implementing the right to counsel. Fed.R.Cr.P.44(a)-(b); also U.S.Const.Amend.VI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 8/9/21, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice to the U.S. Attorney's Office and all case connected parties.

## CERTIFICATE OF TYPE AND FONT COMPLIANCE WITH LOCAL RULES

This memorandum is typed in double spaced, with 14 point Times New Roman font; indented quotations are single spaced and at least 13 point font; footnotes are single spaced and 12 point font; has 1.00 inch margins; page numbers bottom center. **Effective 2/1/21 New Local Rules 1.08** (governing the form of a pleading, motion, or other paper) and it is 3 (no more than 25) pages long **Rule 3.01 - Motions and Other Legal Memorandums.**

Respectfully submitted,

/s/ *Jorge Leon Chalela*

**JORGE LEON CHALELA, Esq.**
**Jorge Leon Chalela, P.A.**
P.O. BOX 173407, Tampa, Florida 33672-0407
Office: (813) 221-5600; Personal Cell: (727) 415-4286
E-Mail: chalelalaw@yahoo.com
Florida Bar Number: 0073245
Attorney for Defendant, Juan Carlos Acosta Hurtado
